IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY McENTIRE,

      Plaintiff,                            CIV S-11-2013 CKD PS

    vs.

MICHAEL J. ASTRUE,                    ORDER TO SHOW CAUSE
Commissioner of Social Security,

      Defendant.

         By order filed August 4, 2011, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

         Plaintiff failed to submit the statement of compliance. More than four months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall within ten days from
2 the date of this order show cause why this action should not be dismissed for lack of prosecution.
3  Dated: January 4, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7  4 mcentire.osc