IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY McENTIRE,

      Plaintiff,                    CIV S-11-2013 WBS CKD PS

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,      FINDINGS AND RECOMMMENDATIONS
      Defendant.

_____/

        By order filed August 4, 2011, plaintiff was directed to submit certain documents to the United States Marshal for service of process and within fifteen days to file a statement with the court that said documents were submitted. Plaintiff failed to file the requisite statement.

        Also by order filed August 4, 2011, plaintiff was directed to return to the Clerk, within 90 days, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

        By order filed January 4, 2012, plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff has not responded.

        Plaintiff has now failed to comply with three of the court's orders. It appears plaintiff has abandoned this litigation.

\\\\\

1

1   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

2   These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
mcentire.dlop